

FILED & JUDGMENT ENTERED
Steven T. Salata

January 23 2020

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

In re:                    )
                          )
**DBMP LLC,**             )   Chapter 11
                          )   Case No.: 20-30080
            Debtor.       )
_____)

## ORDER REASSIGNING CASE

**THIS MATTER** is before the court on a review of its docket. This case was filed on January 23, 2020 and automatically assigned to the Honorable Laura T. Beyer. The case is hereby **REASSIGNED** to the Honorable J. Craig Whitley.

**SO ORDERED.**

This Order has been signed             United States Bankruptcy Court
electronically. The Judge's
signature and Court's seal
appear at the top of the Order.