IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 20-30080 |
| | ) | |
| DBMP LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010, undersigned counsel, Heather W. Culp and John C. Woodman of the law firm of Essex Richards, P.A., appearing on behalf of Ron Maxum and any others represented in this action by Bergman Draper Oslund Udo, party in interest in the above-captioned bankruptcy case, request that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, all documents filed with the Court and all notices given or filed in the case be served upon them as follows:

**Heather W. Culp**
**John C. Woodman**
**Essex Richards, P.A.**
**1701 South Boulevard**
**Charlotte, NC 28203**
**Tel: (704) 377-4300**
**Fax: (704) 372-1357**
E-mail: hculp@essexrichards.com, jwoodman@essexrichards.com

This the 11 day of February, 2020.

_____
Heather W. Culp
NC Bar No. 30386
John C. Woodman
NC Bar No. 42365
Local Counsel for Ron Maxum and any others
   represented in this action Bergman Draper
   Oslund Udo
Essex Richards, P.A.
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: hculp@essexrichards.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11 day of February, 2020, the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** was served electronically on those parties receiving notice in this case through the Court's CM/ECF system.

*/s/ Heather W. Culp*

Heather W. Culp
NC Bar No. 30386
John C. Woodman
NC Bar No. 42365
Local Counsel for Ron Maxum and any others
   represented in this action by Bergman Draper
   Oslund Udo
Essex Richards, P.A.
1701 South Boulevard
Charlotte, NC 28203
Telephone: (704) 377-4300
Facsimile: (704) 372-1357
E-mail: hculp@essexrichards.com

2