FILED & JUDGMENT ENTERED
Steven T. Salata

May  28  2024

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| DBMP LLC,[1] | Case No. 20-30080 (JCW) |
| Debtor. | |

## ORDER DENYING MOTION OF MICHAEL N. AND ANN HERLIHY
## FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)

This matter coming before the Court on *Michael N. and Ann Herlihy's Motion for Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* [Dkt. 2755] (the "Motion")[2]; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court having reviewed and considered the Motion, the movants' reply in support of the Motion [Dkt. 2782], the movants' notice of supplemental authority in support of the Motion [Dkt. 2795], the statement in support of the Motion filed by the Official Committee of Asbestos Claimants [Dkt. 2779], the objection to the

---

[1]    The last four digits of the Debtor's taxpayer identification number are 8817. The Debtor's address is 20 Moores Road, Malvern, Pennsylvania 19335.

[2]    Capitalized terms used herein but not defined have the meanings given to them in the Motion.

NAI-1540158913

Motion filed by DBMP LLC, the debtor and debtor in possession in the above-captioned chapter 11 case [Dkt. 2777] (the "Objection"), and the joinder to the Objection filed by CertainTeed LLC, CertainTeed Holding Corporation and Saint-Gobain Corporation [Dkt. 2778]; the Court having heard and considered the arguments of counsel at a hearing before the Court on May 9, 2024; and the Court having issued an oral ruling denying the Motion at a hearing before the Court on May 23, 2024 (the "Hearing");

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is DENIED for the reasons set forth on the record of the Hearing (which reasons are incorporated herein).

2.      This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

This Order has been signed electronically.                    United States Bankruptcy Court
The Judge's signature and Court's seal appear
at the top of the Order.

NAI-1540158913